FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0001

_____

KARLI R. ROADARMEL,

Petitioner,

v.                                                                          O R D E R

JOHN M. ROADARMEL,

Respondent.

_____

Defendant John M. Roadarmel, via counsel, has filed an affidavit in support of his request to disqualify Standing Master Magdalena C. Bowen from acting as standing master in Cause No. DR-19-332A in the Eighteenth Judicial District Court, Gallatin County, pursuant to § 3-1-805, MCA.

Section 3-1-805, MCA, governs disqualifications for cause. It provides, in relevant part, "This section is limited in its application to judges presiding in district courts, justice of the peace courts, municipal courts, small claims courts, and city courts." Since Bowen is a standing master and not a judge presiding in one of the enumerated courts, § 3-1-805, MCA, is inapplicable.

IT IS THEREFORE ORDERED that the motion to disqualify Standing Master Magdalena C. Bowen from Gallatin County Cause No. DR-19-332A is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Gallatin County for notification to all counsel of record in Cause No. DR-19-332A, to Standing Master Magdalena C. Bowen, and to the Honorable Peter B. Ohman, presiding District Court Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2023